IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAZELL I. JOHNSON,

    Plaintiff,

v.                                                     Civil Action No. **3:20CV907**

ROY WITHAM, *et al.*,

    Defendants.

## MEMORANDUM OPINION

    By Memorandum Order entered on December 11, 2020, the Court conditionally docketed Plaintiff's action. On December 28, 2020, the United States Postal Service returned the December 11, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," and "NOT HERE," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall accompany this Memorandum Opinion.

                                                          /s/
                                                M. Hannah Lauck
                                                United States District Judge

Date: 1-29-21
Richmond, Virginia